# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| REGINALD HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE DAVIDSON JAROME, CONNIE HANDLER, and NICOLE EVANS,<br><br>Defendants. | CASE NO. 23-933 (GBW)<br><br>Civil Action |

## ORDER

At Wilmington, this 4th day of October, 2024,

IT IS HEREBY ORDERED that:

1. Based upon Plaintiff's failure to file an amended complaint by the September 16, 2024, deadline imposed pursuant to this Court's Order of August 16, 2024, dismissing the original Complaint; this case is hereby **CLOSED** without leave to reopen.

BY THE COURT

_____
The Honorable Gregory B. Williams
United States District Judge